# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| CARLOS COLEMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>             Defendant. | Case No. 2:16-cv-01451-DCN-MGB<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Pursuant to Local Rule 6.02 D.S.C.R., Cherie W. Blackburn, Esquire, respectfully requests protection from any Court proceedings before the Honorable Mary Gordon Baker being scheduled in this matter for the following dates: **October 31, 2016 – November 9, 2016**. Counsel will be out of state on a previously planned vacation.

The protection from court appearances is not being designated for purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

*[SIGNATURE PAGE TO FOLLOW]*

- 2 -

        s/ Cherie W. Blackburn
        Cherie W. Blackburn    (Federal ID No. 1575)
        Melissa A. Fried      (Federal ID No. 11194)
        NEXSEN PRUET, LLC
        205 King Street, Suite 400 (29401)
        P.O. Box 486
        Charleston, South Carolina 29402
        Phone: 843.577.9440
        Facsimile: 843.414.8209
        cblackburn@nexsenpruet.com
        mfried@nexsenpruet.com

        ATTORNEYS FOR DEFENDANT
        THE BOEING COMPANY

October 21, 2016
Charleston, South Carolina

- 3 -

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | |
|---|---|
| Carlos Coleman,<br><br>   Plaintiff,<br><br>  vs.<br><br>The Boeing Company,<br><br>   Defendant. | Case No.  2:16-cv-01451-DCN-MGB<br><br><br>**CERTIFICATE OF SERVICE** |

  This is to certify that a copy of the foregoing NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE has been served upon the following counsel of record by placing the same in the United States mail, first class postage prepaid, addressed to the following as shown below this this 21st day of October, 2016.

  Carlos Coleman
  P. O. Box 40606
  North Charleston, SC  29423


  ATTORNEY FOR PLAINTIFF


        s/Cherie W. Blackburn
        NEXSEN PRUET, LLC
        205 King Street, Suite 400 (29401)
        P.O. Box 486
        Charleston, South Carolina  29402
        Telephone:  843.577.9440