IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Carlos Coleman,<br><br>      Plaintiff,<br><br>vs.<br><br>The Boeing Company, et al.<br><br>      Defendants. | C/A No.: 2:16-cv-01451-DCN-MGB<br><br>**AFFIDAVIT OF AUTHENTICITY** |

1. I am the duly authorized records custodian for the attached business records of DETYENS SHIPYARDS, INC.

2. I am familiar with the general record keeping system for DETYENS SHIPYARDS, INC. and have authority to make this certification.

3. The documents were prepared either at or near the time of the events or matters which the documents memorialize or record.

4. The documents were prepared as part of the regular business practices.

5. The documents were prepared by (or from information transmitted by) a person with knowledge of those matters and a person with knowledge of those matters contained in the documents.

6. The documents were prepared as part of DETYENS SHIPYARDS, INC.'S regular business practices.

7. The documents were kept or stored as part of DETYENS SHIPYARDS, INC.'S regularly conducted business.

8. The copy of the attached documents are a complete, true and accurate copy of records as kept in the normal course of business by DETYENS SHIPYARDS, INC.

In conformity with 28 U.S.C. § 1746, "I certify under penalty of perjury that the foregoing is true and correct.

SIGNED: _[signature]_

PRINT NAME: Jim Younker
[YOUR NAME]

POSITION: Director HR
[OFFICIAL TITLE OR POSITION]

TODAY'S DATE: 4/11/2017

COMPANY NAME: Detyens Shipyards

ADDRESS: 1670 Drydock Ave N. Chas 29405

SWORN to before me this
11th day of April 2017

Notary Public for South Carolina
My Commission Expires: Oct 19, 2021

_Nancy Henry_

2