IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Carlos Coleman, | C/A No.: 2:16-cv-01451-DCN-MGB |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF AUTHENTICITY** |
| The Boeing Company, et al. | |
| Defendants. | |

1. I am the duly authorized records custodian for the attached business records of HITRAK STAFFING.

2. I am familiar with the general record keeping system for HITRAK STAFFING and have authority to make this certification.

3. The documents were prepared either at or near the time of the events or matters which the documents memorialize or record.

4. The documents were prepared as part of the regular business practices.

5. The documents were prepared by (or from information transmitted by) a person with knowledge of those matters and a person with knowledge of those matters contained in the documents.

6. The documents were prepared as part of HITRAK STAFFING'S regular business practices.

7. The documents were kept or stored as part of HITRAK STAFFING'S regularly conducted business.

8. The copy of the attached documents are a complete, true and accurate copy of records as kept in the normal course of business by HITRAK STAFFING.

In conformity with 28 U.S.C. § 1746, "I certify under penalty of perjury that the foregoing is true and correct.

SIGNED: _J—V_
[YOUR NAME]
PRINT NAME: Jim Youker
POSITION: Director / Human Resources
[OFFICIAL TITLE OR POSITION]
TODAY'S DATE: 4-11-2017
COMPANY NAME: Hitrak Staffing
ADDRESS: 1670 Drydock Ave
NChas. SC 29405

SWORN to before me this
11th day of April 2017

Notary Public for South Carolina
My Commission Expires: Oct 19, 2021

Nancy J Henry

2